ACCEPTED
01-15-00367-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 3:48:44 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00367-CR

## COURT OF APPEALS

## FOR THE

## FIRST SUPREME JUDICIAL DISTRICT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 3:48:44 PM
CHRISTOPHER A. PRINE
Clerk

---

**REYNALDO ZAMORA,**
Appellant

**VS.**

**THE STATE OF TEXAS,**
Appellee

---

APPEAL FROM

THE 22ND JUDICIAL DISTRICT COURT

HAYS COUNTY, TEXAS

TRIAL COURT CAUSE NO. 87-0140

---

## FIRST MOTION FOR EXTENSION OF
## TIME IN WHICH TO FILE STATE'S BRIEF

---

Brian Erskine
Criminal District Attorney
712 South Stagecoach Trail, Suite 2057
San Marcos, Texas 78666
State Bar No. 24074182
Attorney for the State of Texas
brian.erskine@co.hays.tx.us

Page 1

## TO THE HONORABLE JUSTICE OF THE FIRST COURT OF APPEALS:

The State files this First Motion for Extension of Time in Which to File State's Brief, and in support states:

1. The State's current deadline for filing its brief is January 6, 2016.

2. This is the State's first Motion for Extension of Time in which to file its brief.

3. The State respectfully requests an extension of approximately thirty days, until February 5, 2016 in which to file its brief.

4. This extension is not being sought to cause undue delay, but to seek justice.

Respectfully submitted,

By: _____

Brian Erskine
Asst. Criminal District Attorney
P.O. Box 12548
Austin, Texas 78711-2548
State Bar No.24074182
Attorney for the State of Texas

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing brief has been email-delivered to:

Alexander L. Calhoun via email: alcalhoun@earthlink.net on this the 28th day of December, 2015.

Brian Erskine
Asst. Criminal District Attorney